PER CURIAM.
Affirmed. Missouri-Kansas—Texas R. Co. v. Evans, 151 Tex. 340, 250 S.W.2d 385 (1952); Diaz v. Rodriguez, 384 So.2d 906 (Fla. 3d DCA 1980); see also, Rogers v. Missouri Pacific R. Co., 352 U.S. 500, 77 S.Ct. 443, 1 L.Ed.2d 493 (1957); Minneapolis, St.P. & S.S.M. R. Co. v. Goneau, 269 U.S. 406, 46 S.Ct. 129, 70 L.Ed. 335 (1926); New York, N.H. & H. R.Co. v. Leary, 204 F.2d 461 (1st Cir. 1953), cert. denied, 346 U.S. 856, 74 S.Ct. 71, 98 L.Ed. 370 (1953); Adams v. Seaboard Coast Line R. Co., 296 So.2d 1 (Fla.1974), and cases cited.